UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GODFREY LOGAN, JR., | Case No. 2:26-cv-00243-DC-CSK PS |
| Plaintiff, | ORDER OF TRANSFER |
| v. | (ECF No. 1) |
| CHASE BANK INC., | |
| Defendant. | |

Plaintiff Ernest Godfrey Logan, Jr. is proceeding in this action pro se. The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Plaintiff resides in Los Angeles, California. Defendant is located in Inglewood, California. (ECF No. 1 at 2.) The Complaint does not allege that any events occurred in

1

this judicial district. Therefore, Plaintiff's claim should have been filed in the United States District Court, Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court of the Central District of California.

Dated:  April 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

6/loga0243.transfer

2