**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ernest Godfrey Logan, Jr., | Case No. |
| Plaintiff(s)/Petitioner(s) | CV26-4490-PA (E) |
| v. | **ORDER RE: REPORT AND RECOMMENDATION** |
| Chase Bank Inc., | **ON REQUEST TO PROCEED** |
| Defendant(s)/Respondent(s) | ***IN FORMA PAUPERIS*** |
| | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

[X] accepts the findings, conclusions and recommendations of the Magistrate Judge.

[ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.

[ ] _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

[ ] **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

[X] **DENIED**. This case is DISMISSED  [ ] with prejudice. [X] without prejudice. **(JS-6).**

[ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days.
  If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

[ ] **GRANTED**.

[ ] **GRANTED. IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

[ ] **GRANTED;**
  [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

[ ] Other:

Dated: April 30, 2026

By: _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25        Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)